IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ARKADI RUBIKOVICH KARAPETIAN, § § § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-25-CV-711-KC |
| § | |
| WARDEN ERO EL PASO EAST MONTANA et al., § § § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. Arkadi Rubikovich Karapetian filed a Petition for a Writ of Habeas Corpus, ECF No. 1. In answer to the Court's Show Cause Order, ECF No. 3, Respondents filed their Response, ECF No. 4, in opposition to Karapetian's Petition.

Respondents argue that Karapetian is "lawfully detained with a final order of removal" and "removal to Georgia is, in fact, likely in the reasonably foreseeable future." Resp. 1. In support, they submit the Declaration of Assistant Field Office Director Angelo Garite, ECF No. 4-1. Garite states that "[o]n November 21, 2025, Karapetian was issued a Notice of Revocation of Release due to ICE's determination that Karapetian could now be removed to Georgia in the reasonably foreseeable future." Decl. Angelo Garite ("Garite Decl.") ¶¶ 19. Karapetian "was taken back into ICE custody" and "is currently waiting . . . for his removal order to be reinstated and removed to Georgia." *Id.* ¶¶ 20, 23. According to Garite, "[s]ince December 11[,] 2025 to the present ERO has continued its efforts to obtain a travel document through the traditional process and will schedule an identity verification interview with the consulate." *Id.* ¶ 24. Respondents also point to "publicly available statistics" showing that 259 Georgian nationals

were removed to Georgia in the first quarter of 2025 compared to only 162 Georgian nationals in 2024 to demonstrate an increase in successful removals of Georgian nationals to Georgia. Resp. 6.

Given that Karapetian's removal to Georgia would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents on the scheduling of Karapetian's identity verification interview, the requirements for obtaining travel documents from the Georgian government on his behalf, and the concrete steps taken and the anticipated timeline to obtain such travel documents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than March 27, 2026**, detailing the following:

(1) whether Karapetian's identity verification interview has been completed and, if not, the scheduled date for his interview;

(2) the requirements for obtaining travel documents from the Georgian government on behalf of Karapetian and whether any obstacles exist to obtaining such travel documents;

(3) the concrete steps taken to obtain travel documents for Karapetian; and

(4) the anticipated timeline for Karapetian's removal from the United States.

**IT IS FURTHER ORDERED** that Karapetian may file a reply to Respondents' Response **by no later than March 27, 2026**.

**SO ORDERED.**

SIGNED this 8th day of January, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE