**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ARKADI RUBIKOVICH KARAPETIAN,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-25-CV-711-KC** |
| **WARDEN ERO EL PASO EAST MONTANA et al.,** | § § § | |
| **Respondents.** | § § | |

**ORDER**

On this day, the Court considered the case.  Arkadi Rubikovich Karapetian, a citizen of the former Soviet Union who is subject to a final order of removal to Georgia, filed an Amended Petition for Writ of Habeas Corpus, ECF No. 2.  Karapetian challenged his detention as unlawful and asked the Court to order his release.  *Id.* ¶¶ 27–41; *id.* at 14.  The Court ordered Respondents to show cause why the Petition should not be granted.  Dec. 22, 2025, Order 3, ECF No. 3.  Upon review of Respondents' Response, ECF No. 4, which indicated that Respondents were working to obtain travel documents for Karapetian, the Court ordered Respondents to provide a status report on March 27, 2026.  Jan. 8, 2026, Order, ECF No 5.

Respondents have now filed a Status Report, ECF No. 6, informing the Court that, on February 8, Georgia issued travel documents for Karapetian.  And that Karapetian's removal was delayed because the Seventh Circuit Court of Appeals granted a temporary stay of removal on February 20.  *Id.*  However, since the stay was vacated on March 17, Karapetian is now "tentatively scheduled for removal in early April."  *Id.*

For his part, Karapetian concedes that "the issuance of travel documents by the Georgian Consulate and Respondent ICE's intention to remove him in the next several weeks likely moots [his] claims." Reply 1, ECF No. 7. Although Karapetian "will continue to seek relief from the BIA and Seventh Circuit Court of Appeals," he recognizes that, without his immigration case being reopened, "[he] is not able to request further relief from this Court." *Id.* at 2.

Accordingly, because Karapetian is subject to a final removal order, is imminently scheduled for removal to Georgia, and concedes his removal will moot this case, the Court dismisses the Petition as moot.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 6th day of April, 2026.**


_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2